| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stamp (Jr.), Frederick P | USDC/Northern West Virginia | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) (Senior) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address <br><br> P.O. Box 791 <br> Wheeling, WV 26003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee-Emeritus | The Linsly School, Incorporated |
| 2. Trustee-Emeritus | University of Richmond |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 21 A 10: 42 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | 2007 | Self-Employed Jewelry Manufacturing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Automatic Data Processing | D | Dividend | M | T | | | | | |
| 2. JP Morgan Chase & Co | E | Dividend | P1 | T | | | | | |
| 3. Bristol Myers Squibb Co. | E | Dividend | P1 | T | | | | | |
| 4. Bristol Myers Squibb Co-Trans to Trust A/C 5 | | | | | PrtTrns | 1/2 | J | | |
| 5. Coca-Cola Co | E | Dividend | O | T | | | | | |
| 6. Dicks Sporting Goods Inc | | None | K | T | Buy | 5/8 | K | | |
| 7. Dow Chemical Co | D | Dividend | M | T | | | | | |
| 8. Exxon Mobil Corp Com | D | Dividend | N | T | | | | | |
| 9. EBAY Incorporated -Transfer to trust A/C 5 | | None | | | Transfer | 1/2 | K | | |
| 10. General Electric | E | Dividend | N | T | | | | | |
| 11. Hazlett, Burt & Watson, Inc. | | None | N | T | | | | | |
| 12. Intel Corp | B | Dividend | M | T | | | | | |
| 13. Wyeth | D | Dividend | O | T | | | | | |
| 14. Zimmer Holdings | | None | N | T | | | | | |
| 15. Century Properties V LP | D | Rent | K | W | | | | | |
| 16. Century Properties VI LP | D | Rent | K | W | | | | | |
| 17. Century Properties X LP | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Century Properties XI LP | A | Rent | L | W | | | | | |
| 19. Century Properties XII LP | A | Rent | K | W | | | | | |
| 20. Century Properties XIV LP | A | Rent | K | W | | | | | |
| 21. 1990 Fed L Tax Credit Partners | A | Interest | J | W | | | | | |
| 22. Beckley WV Park Rev 5.5% due 6/15/2010 | B | Interest | K | T | PrtSell | 6/15 | J | | |
| 23. WV St Bldg Comm Lease 5% due 7/1/2007 | C | Interest | | | Sell | 7/2 | L | | |
| 24. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | L | T | | | | | |
| 25. Raleigh Cnty WV Bldg Comm 3.6% due 12/1/10 | B | Interest | K | T | | | | | |
| 26. Barbour Co WV BD Ed 5% due 6/1/08 | B | Interest | K | T | | | | | |
| 27. Parkersburg WV Waterworks & SW 3.2% due 8/1/09 | B | Interest | L | T | | | | | |
| 28. WV ST RD 4.25% Due 6/1/10 | B | Interest | K | T | | | | | |
| 29. WV Econ Dev 4.15% Due 7/15/11 | B | Interest | K | T | | | | | |
| 30. WV Econ Dev 4.7% Due 11/1/12 | B | Interest | K | T | | | | | |
| 31. WV St Hsg 4.9% due 11/1/14 | C | Interest | L | T | | | | | |
| 32. MFS WV Muni Bond Fund | D | Interest | M | T | | | | | |
| 33. Broadridge Financial Solutions LLC (separation from ADP stk) | A | Dividend | | | Separation | 3/30 | K | | |
| 34. Broadridge Financial Solutions LLC | A | Dividend | | | Sell | 10/5 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prime Fund Capital Reserves "C" (formerly Reserve Fund "C") | E | Interest | N | T | | | | | |
| 36. Prime Fund Capital Reserves "B" (formerly Reserve Fund "B") | D | Interest | M | T | | | | | |
| 37. Air Products & Chemicals Inc | D | Dividend | O | T | | | | | |
| 38. Allergan Inc | A | Dividend | M | T | | | | | |
| 39. Apple Computer Inc | | None | L | T | | | | | |
| 40. Automatic Data Processing Inc | D | Dividend | M | T | | | | | |
| 41. CR Bard Inc | A | Dividend | L | T | | | | | |
| 42. Bank of America Corp | D | Dividend | M | T | | | | | |
| 43. Broadridge Financial Solutions LLC (separation from ADP stk) | A | Dividend | K | T | Separation | 3/30 | K | | |
| 44. Bed Bath & Beyond | | None | | | Sell | 9/19 | M | | |
| 45. Citadel Broadcasting Corp (spinoff Walt Disney Corp) | | None | J | T | Spinoff | 6/18 | J | | |
| 46. Citigroup Inc | C | Dividend | L | T | | | | | |
| 47. Corning Inc | A | Dividend | L | T | | | | | |
| 48. Walt Disney Co | B | Dividend | M | T | | | | | |
| 49. WV Infrastruct 1996 ser 5.5% due 11/1/2008 | D | Interest | M | T | | | | | |
| 50. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 51. Factset Research Systems Inc | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Co | D | Dividend | M | T | | | | | |
| 53. Genzyme Corp | | None | M | T | | | | | |
| 54. Hershey Co | C | Dividend | | | Sell | 1/3 | M | | |
| 55. Home Depot | D | Dividend | N | T | | | | | |
| 56. Ishares MSCI Brazil Index | B | Dividend | M | T | Buy | 6/13 | L | | |
| 57. Ishares MSCI EMU Index Fund | B | Dividend | L | T | | | | | |
| 58. Ishares Inc MSCI Pacific EX Japan Index | D | Dividend | M | T | | | | | |
| 59. Ishares Ind MSCI Japan Index Fund | A | Dividend | K | T | | | | | |
| 60. Ishares TR Future Issues China | C | Dividend | N | T | | | | | |
| 61. Ishares-TR MSCI Emerging Market Index Fund | B | Dividend | M | T | | | | | |
| 62. Ishares Tr S&P Latin America 40 | A | Dividend | K | T | | | | | |
| 63. Merrill Lynch | B | Dividend | | | Sell | 11/20 | L | | |
| 64. Microsoft | D | Dividend | O | T | | | | | |
| 65. Moody's Corporation | B | Dividend | M | T | | | | | |
| 66. Morgan Stanley | B | Dividend | M | T | Buy | 10/1 | L | | |
| 67. Paychex Inc | C | Dividend | M | T | | | | | |
| 68. Pepsico | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pet Smart Inc | A | Dividend | L | T | | | | | |
| 70. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 71. Roper Industries Inc | C | Dividend | O | T | | | | | |
| 72. Schlumberger Ltd | C | Dividend | N | T | | | | | |
| 73. Varian Med Sys Inc | | None | N | T | | | | | |
| 74. Walgreen Company | A | Dividend | L | T | | | | | |
| 75. Yum Brands Inc Com | C | Dividend | M | T | | | | | |
| 76. Alliance Bernstein Int'l Value | A | Dividend | L | T | Buy | 6/14 | L | | |
| 77. Alliance Bernstein Int'l Growth | A | Dividend | K | T | Buy | 6/14 | L | | |
| 78. Chase Bank Acct (JP Morgan Chase & Co) bank accounts | C | Interest | L | T | | | | | |
| 79. WesBanco Bank Accounts | A | Interest | J | T | | | | | |
| 80. FT Henry Club Stock | | None | J | T | | | | | |
| 81. General Mills | A | Dividend | J | T | | | | | |
| 82. WesBanco | A | Dividend | J | T | | | | | |
| 83. ▮▮▮▮▮▮▮▮▮ | A | Rent | N | W | | | | | |
| 84. Riverview Assoc. | A | Rent | K | W | | | | | |
| 85. IRA #1 (Security National) | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Assets of IRA #1 listed as aggregate amount: | | | | | | | | | |
| 87. Federated Prime Obligations Fund | | | | | | | | | |
| 88. Amgen | | | | | | | | | |
| 89. Affiliated Computer | | | | | | | | | |
| 90. Applied Materials | | | | | Sell | 10/24 | K | | |
| 91. Bank of America | | | | | Buy | 1/10 | K | | |
| 92. Conocophillips | | | | | Buy | 8/24 | K | | |
| 93. Colgate Palmolive | | | | | Buy | 12/24 | K | | |
| 94. Citadel Broadcasting (spinoff Disney) | | | | | Spinoff | 6/18 | J | | |
| 95. Citadel Broadcasting | | | | | Sell | 7/25 | J | A | |
| 96. Intel Corp | | | | | | | | | |
| 97. BHP Billiton LTD | | | | | | | | | |
| 98. Cisco Systems Inc | | | | | | | | | |
| 99. Computer Sciences | | | | | | | | | |
| 100. Dominion Resources Inc | | | | | | | | | |
| 101. Wal-Mart Stores Inc | | | | | Sell | 1/10 | K | E | |
| 102. Home Depot Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Procter & Gamble Company | | | | | | | | | |
| 104. Pepsico Inc | | | | | Buy | 1/10 | K | | |
| 105. Quest Diagnostics | | | | | Buy | 12/24 | K | | |
| 106. General Electric Co. | | | | | | | | | |
| 107. IndyMacBancorp | | | | | Sell | 10/19 | K | | |
| 108. Kimberly Clark Corp | | | | | | | | | |
| 109. Medtronic Inc | | | | | | | | | |
| 110. The Bank of NY Mellon (formerly Mellon Financial Corp) | | | | | Sell | 8/24 | L | D | |
| 111. Microsoft | | | | | | | | | |
| 112. Omnicom Group | | | | | | | | | |
| 113. Schlumberger Ltd | | | | | | | | | |
| 114. Starbucks Corp | | | | | | | | | |
| 115. AT&T Inc | | | | | | | | | |
| 116. Exxon Mobil Corp | | | | | | | | | |
| 117. First Data Corp | | | | | Sell | 7/25 | K | D | |
| 118. Western Union | | | | | | | | | |
| 119. Thermo Fisher | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Masco Corp | | | | | | | | | |
| 121. Comcast Corp | | | | | Sell | 12/24 | K | | |
| 122. EMC Corporation | | | | | | | | | |
| 123. Texas Instruments | | | | | | | | | |
| 124. Trinity Industries | | | | | Sell | 12/24 | K | | |
| 125. United Technologies | | | | | Buy | 1/10 | J | | |
| 126. Walt Disney Co | | | | | | | | | |
| 127. YRC Worldwide, Inc | | | | | Sell | 10/19 | K | | |
| 128. Trust #2 (Security National) | G | Dividend | P2 | T | | | | | |
| 129. Assets of Trust #2 listed as aggregate amount above | | | | | | | | | |
| 130. Federated Tax Free Obligations | | | | | | | | | |
| 131. Amgen | | | | | Sell | 8/3 | M | | |
| 132. Applied Materials Inc | | | | | Sell | 12/27 | K | | |
| 133. Computer Sciences | | | | | | | | | |
| 134. Conocophillips | | | | | Buy | 8/3 | L | | |
| 135. Intel Corp | | | | | | | | | |
| 136. IBM | | | | | Buy | 12/27 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Kraft Foods (spinoff Altria) | | | | | Spinoff | 4/5 | J | | |
| 138. Kraft Foods | | | | | PrtSell | 4/19 | J | A | |
| 139. Constellation Brands | | | | | | | | | |
| 140. Devon Energy | | | | | | | | | |
| 141. Edison International | | | | | Buy | 10/19 | L | | |
| 142. EMC Corp | | | | | | | | | |
| 143. Emerson Electric | | | | | Buy | 8/3 | L | | |
| 144. First Data Corp | | | | | Sell | 9/26 | L | E | |
| 145. Western Union | | | | | | | | | |
| 146. Wal-Mart Stores Inc | | | | | Sell | 1/12 | M | F | |
| 147. The Bank of NY Mellon (formerly Mellon Financial Corp) | | | | | Merger | 8/10 | L | | |
| 148. Procter & Gamble Company | | | | | | | | | |
| 149. Quest Diagnostics | | | | | Buy | 10/19 | L | | |
| 150. Bristol-Myers Squibb Co. | | | | | | | | | |
| 151. Capital One Financial | | | | | Buy | 1/12 | K | | |
| 152. Capital One Financial | | | | | Sell | 10/19 | M | | |
| 153. Zimmer Holdings | | | | | Buy | 8/3 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Weatherford Int'l | | | | | | | | | |
| 155. 3M | | | | | | | | | |
| 156. Trinity Inds | | | | | Buy | 1/12 | K | | |
| 157. Trinity Inds | | | | | Sell | 12/27 | L | | |
| 158. Omnicom Group | | | | | | | | | |
| 159. BP PLC | | | | | | | | | |
| 160. Bank of America | | | | | | | | | |
| 161. ChevronTexaco Corp | | | | | Buy | 1/12 | L | | |
| 162. Cisco Systems | | | | | Buy | 12/27 | L | | |
| 163. Walt Disney Co | | | | | | | | | |
| 164. Citadel Broadcasting (spinoff Disney) | | | | | Spinoff | 6/18 | J | | |
| 165. Citadel Broadcasting | | | | | Sell | 8/3 | J | A | |
| 166. Weyerhaeuser Company | | | | | | | | | |
| 167. Thermo Fisher | | | | | | | | | |
| 168. Gannett Inc. | | | | | | | | | |
| 169. Altria Group Inc | | | | | | | | | |
| 170. Union Pacific Corp | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Verizon Communications | | | | | Buy | 12/27 | L | | |
| 172. Abbott Labs | | | | | | | | | |
| 173. Air Products & Chemicals | | | | | | | | | |
| 174. AT&T (formerly Bellsouth Corp Com) | | | | | | | | | |
| 175. BHP Billiton LTD | | | | | | | | | |
| 176. Exxon Mobil Corp | | | | | | | | | |
| 177. General Mills Inc. | | | | | | | | | |
| 178. Grainger WW Inc | | | | | | | | | |
| 179. Home Depot | | | | | Buy | 1/12 | L | | |
| 180. Home Depot | | | | | Sell | 10/19 | M | | |
| 181. IndyMac Bancorp Inc | | | | | Buy | 1/12 | K | | |
| 182. IndyMac Bancorp Inc | | | | | Sell | 8/3 | L | | |
| 183. Masco | | | | | | | | | |
| 184. Microsoft Corp Com | | | | | | | | | |
| 185. Oracle Corp Com | | | | | PrtSell | 8/3 | L | E | |
| 186. Biomet Inc common | | | | | Sell | 9/27 | M | G | |
| 187. MBNA Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CVS (formerly Caremark Rx Inc) | | | | | | | | | |
| 189. Trust #3 | G | Dividend | P1 | T | | | | | |
| 190. Assets of Trust #3 listed as aggregate amount above: | | | | | | | | | |
| 191. 3M | | | | | | | | | |
| 192. Alcoa Inc | | | | | | | | | |
| 193. Amgen Inc | | | | | | | | | |
| 194. Bank of America | | | | | | | | | |
| 195. Pepsico | | | | | | | | | |
| 196. Altria Group Inc | | | | | | | | | |
| 197. Intel Corp | | | | | | | | | |
| 198. Dell Inc. | | | | | | | | | |
| 199. Ambac Finl Group Inc | | | | | Sell | 11/29 | L | | |
| 200. Time Warner | | | | | | | | | |
| 201. Genuine Parts Co. | | | | | | | | | |
| 202. Goldman Sachs Group | | | | | | | | | |
| 203. Anheuser Busch Cos. Inc. | | | | | | | | | |
| 204. Chevrontexaco Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Marathon Oil Corp | | | | | Buy | 6/19 | K | | |
| 206. Wyeth | | | | | | | | | |
| 207. Yum Brands | | | | | | | | | |
| 208. Bristol-Myers Squibb | | | | | PrtTransIn | 1/2 | J | | |
| 209. Bristol-Myers Squibb | | | | | PrtTransIn | 1/2 | J | | |
| 210. Canadian Nat'l Ry Co | | | | | | | | | |
| 211. EBAY Inc | | | | | TransIn | 1/2 | K | | |
| 212. Occidental Pete Corp | | | | | | | | | |
| 213. Raytheon Corp | | | | | | | | | |
| 214. Roe T Price INternational Fds Inc | | | | | Buy | 12/18 | J | | |
| 215. Texas Instruments | | | | | | | | | |
| 216. Wisconsin Energy Corp | | | | | | | | | |
| 217. Wells Fargo & Co | | | | | | | | | |
| 218. Entergy Corp New | | | | | | | | | |
| 219. General Electric Company | | | | | | | | | |
| 220. International Business Mach Corp | | | | | | | | | |
| 221. Ishares Tr MSCI EAFE Index Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Ishares Tr Russell 2000 Index Fd | | | | | | | | | |
| 223. Archer Daniels Midland | | | | | | | | | |
| 224. Whirlpool Corporation | | | | | | | | | |
| 225. BP PLC | | | | | | | | | |
| 226. Exxon Mobil Corp | | | | | | | | | |
| 227. Johnson & Johnson | | | | | | | | | |
| 228. JPMorgan US Real Estate Fund Select | | | | | Buy | 12/18 | J | | |
| 229. JPMorgan Tr I Highbridge Stat Mkt Natural Select | | | | | Buy | 6/25 | J | | |
| 230. JPMorgan Intrepid America Fd | | | | | Buy | 12/18 | J | | |
| 231. JPMorgan Japan Select Fd | | | | | Sell | 6/25 | J | | |
| 232. JPMorgan MultiCap Mkt Neutral | | | | | Buy | 6/25 | J | | |
| 233. JPMorgan WV Muni Bond Fund Select | | | | | Buy | 6/20 | L | | |
| 234. JPMorgan WV Muni Bond Fund Select | | | | | Buy | 12/3 | L | | |
| 235. JPMorgan Tr I Tax Aware Real Rtn Fd | | | | | | | | | |
| 236. Kimberly Clark Corporation | | | | | | | | | |
| 237. Kraft Foods (spinoff Altria) | | | | | Spinoff | 4/3 | J | | |
| 238. Kraft Foods | | | | | PrtSell | 4/25 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Gannett Inc. | | | | | | | | | |
| 240. General Mills | | | | | | | | | |
| 241. Wal-Mart Stores, Inc. | | | | | PrtSell | 12/4 | L | F | |
| 242. Verizon | | | | | | | | | |
| 243. Hewlett Packard Co | | | | | | | | | |
| 244. Home Depot | | | | | Sell | 9/10 | K | | |
| 245. Idearc | | | | | Sell | 6/20 | J | A | |
| 246. Kinder Morgan Inc Kans | | | | | Sell | 5/30 | K | E | |
| 247. Mellon Instl FDS Invt Tr Boston Co Int Core Eq Fd | | | | | Sell | 11/29 | K | D | |
| 248. Microsoft Corp Com | | | | | | | | | |
| 249. Cisco Systems | | | | | | | | | |
| 250. Coca-Cola | | | | | | | | | |
| 251. Colgate Palmolive Co | | | | | | | | | |
| 252. United Parcel Service Inc Cl B | | | | | | | | | |
| 253. Trust #4 (Security National) | D | Dividend | N | T | | | | | |
| 254. Assets of Trust #4 listed as aggregate amount: | | | | | | | | | |
| 255. Federated Government Obligations Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  3M Co | | | | | | | | | |
| 257.  Applied Materials | | | | | Sell | 12/4 | K | | |
| 258.  Bank of America | | | | | | | | | |
| 259.  BP Amoco ADS | | | | | | | | | |
| 260.  BHP Billiton LTD | | | | | | | | | |
| 261.  Duke Energy | | | | | Buy | 8/3 | J | | |
| 262.  Emerson Electric | | | | | Buy | 8/21 | J | | |
| 263.  General Electric | | | | | | | | | |
| 264.  Home Depot | | | | | Sell | 10/19 | K | | |
| 265.  The Bank of NY Mellon (formerly Mellon Financial Corp) | | | | | Sell | 8/21 | K | C | |
| 266.  Abbott Labs | | | | | | | | | |
| 267.  Amgen Inc | | | | | PrtSell | 7/3 | J | | |
| 268.  Amgen Inc | | | | | Sell | 8/3 | J | | |
| 269.  Computer Sciences | | | | | | | | | |
| 270.  Colgate Palmolive | | | | | Buy | 12/24 | K | | |
| 271.  Conocophillips Com | | | | | | | | | |
| 272.  IBM | | | | | Buy | 12/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Intel Corp | | | | | | | | | |
| 274. Kimberly Clark Corp | | | | | | | | | |
| 275. Pepsico | | | | | | | | | |
| 276. Proctor & Gamble | | | | | | | | | |
| 277. Quest Diagnostics | | | | | Buy | 10/19 | J | | |
| 278. Quest Diagnostics | | | | | Buy | 12/29 | J | | |
| 279. Trinity Industries | | | | | Sell | 12/24 | J | | |
| 280. United Technologies | | | | | | | | | |
| 281. Verizon Communications | | | | | Buy | 12/24 | J | | |
| 282. Western Union | | | | | | | | | |
| 283. Washington Mutual Inc | | | | | Sell | 10/19 | K | | |
| 284. Walt Disney Co | | | | | | | | | |
| 285. Citadel Broadcasting (spinoff Disney) | | | | | Spinoff | 6/18 | J | | |
| 286. Citadel Broadcasting | | | | | Sell | 8/3 | J | | |
| 287. Medtronic Inc | | | | | | | | | |
| 288. Fedex | | | | | | | | | |
| 289. First Data Corp | | | | | Sell | 9/26 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Thermo Fisher | | | | | | | | | |
| 291. Microsoft | | | | | PrtSell | 10/19 | K | | |
| 292. Cisco Systems | | | | | | | | | |
| 293. Progress Energy Inc | | | | | | | | | |
| 294. IRA #2 (HBW) | A | Interest | J | T | | | | | |
| 295. Diamonds Trust Ser I | A | Dividend | J | T | | | | | |
| 296. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 297. Nasdaq 100 Tr Ser I | A | Dividend | | | Sell | 4/15 | J | | |
| 298. Powershares QQQ TR Uunit Ser A | A | Dividend | K | T | Buy | 4/15 | J | | |
| 299. S&P Depository Rec | A | Dividend | J | T | | | | | |
| 300. Prime Fund Capital Reserves "D" (formerly Reserve Fund D) | A | Interest | J | T | | | | | |
| 301. Prime Fund Capital Reserves "B" (Formerly Reserve Fund B) | D | Interest | N | T | | | | | |
| 302. Prime Fund Capital Reserves "A" (Formerly Reserve) Fund A | C | Interest | L | T | | | | | |
| 303. Allergan Inc | A | Dividend | L | T | | | | | |
| 304. Apple Computer Inc | | None | L | T | | | | | |
| 305. Bank of America Corporation | C | Dividend | K | T | | | | | |
| 306. Bed Bath & Beyond | | None | | | Sell | 9/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25.000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Citigroup Inc | B | Dividend | J | T | | | | | |
| 308. Coach Inc | | None | M | T | | | | | |
| 309. Corning Inc | A | Dividend | K | T | | | | | |
| 310. Exxon Mobil Corp | D | Dividend | O | T | | | | | |
| 311. Factset Research Systems Inc | A | Dividend | L | T | | | | | |
| 312. General Electric | D | Dividend | M | T | | | | | |
| 313. Hershey Co | B | Dividend | | | Sell | 1/3 | L | | |
| 314. Home Depot | C | Dividend | L | T | | | | | |
| 315. Ishares MSCI Brazil Index | B | Dividend | L | T | Buy | 6/13 | L | | |
| 316. Ishares MSCI EMU Index Fund | A | Dividend | K | T | | | | | |
| 317. Ishares Ind MSCI Japan Index | A | Dividend | J | T | | | | | |
| 318. IShares TR MSCI Emerging Mkt | A | Dividend | L | T | | | | | |
| 319. IShares TR/Future Issues | A | Dividend | L | T | | | | | |
| 320. Ishares Tr S&P Latin Amer 40 | A | Dividend | K | T | | | | | |
| 321. Microsoft Corp. | C | Dividend | N | T | | | | | |
| 322. Merrill Lynch Co | A | Dividend | | | Sell | 11/20 | K | | |
| 323. Moody's Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Morgan Stanley | A | Dividend | K | T | Buy | 10/1 | K | | |
| 325. Paychex | B | Dividend | K | T | | | | | |
| 326. Pepsico | C | Dividend | M | T | | | | | |
| 327. Pet Smart Inc | A | Dividend | K | T | | | | | |
| 328. Varian Med Svc Inc | | None | M | T | | | | | |
| 329. Walgreen Co | A | Dividend | K | T | | | | | |
| 330. Wyeth | A | Dividend | K | T | | | | | |
| 331. Yum Brands Inc Com | B | Dividend | L | T | | | | | |
| 332. Zimmer Holdings | | None | K | T | | | | | |
| 333. Alliance Bernstein Int'l Growth | A | Dividend | K | T | Buy | 6/14 | K | | |
| 334. Alliance Bernstein Int'l Value | A | Dividend | K | T | Buy | 6/29 | K | | |
| 335. Amgen Inc | | None | | | Sell | 10/5 | L | A | |
| 336. Apple Computer Inc | | None | O | T | | | | | |
| 337. JP Morgan Chase & Co | B | Dividend | L | T | | | | | |
| 338. Barnes & Noble Inc | B | Dividend | L | T | | | | | |
| 339. Bristol Myers Squibb | E | Dividend | N | T | | | | | |
| 340. Chubb Corp | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Colgate Palmolive Co | D | Dividend | O | T | | | | | |
| 342. Franklin Resources | A | Dividend | M | T | | | | | |
| 343. Genentech | | None | L | T | Buy | 11/13 | L | | |
| 344. General Electric | D | Dividend | M | T | | | | | |
| 345. General Mills | A | Dividend | | | Sell | 1/3 | J | | |
| 346. Genuine Parts Co | C | Dividend | L | T | | | | | |
| 347. HBW Inc | | None | N | W | | | | | |
| 348. Occidental Petroleum Corp | B | Dividend | M | T | | | | | |
| 349. Ingersoll Rand Co | B | Dividend | M | T | | | | | |
| 350. Panera Bread Co Cl A | | None | L | T | | | | | |
| 351. Starbucks | | None | M | T | | | | | |
| 352. Target Corp | B | Dividend | L | T | | | | | |
| 353. Wachovia Corp | C | Dividend | K | T | | | | | |
| 354. Washington Mutual Inc | C | Dividend | | | Sell | 10/5 | K | | |
| 355. Wesbanco | D | Dividend | M | T | | | | | |
| 356. Whole Foods Market Inc | B | Dividend | L | T | Buy | 6/28 | L | | |
| 357. Wyeth | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. MFS WV Muni Bond Fd | C | Interest | L | T | | | | | |
| 359. Beckley WV Parking Rev 5.5% due 6/15/2010 | B | Interest | K | T | PrtSell | 6/15 | J | | |
| 360. Monongalia Co. WV 5.95% due 4/1/2013 callable 4/1/2003 | B | Interest | K | T | | | | | |
| 361. Monongalia Co WV 7.375% due 5/1/2020 dtd 5/1/96 | B | Interest | | | Sell | 11/13 | K | A | |
| 362. WV Infrastruct 1996 Ser B 5.5% due 11/1/2008 | B | Interest | K | T | | | | | |
| 363. WV Infrastruct 1996 Ser B 5.7% due 11/1/2010 | B | Interest | K | T | | | | | |
| 364. Raleigh Cnty 3.6% due 12/1/10 | A | Interest | K | T | | | | | |
| 365. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | L | T | | | | | |
| 366. Barbour Co WV Bd Ed 5% due 6/1/08 | B | Interest | K | T | | | | | |
| 367. WV ST Rd 4.25% due 6/1/10 | B | Interest | K | T | | | | | |
| 368. WV Econ Dev 4.15% due 11/15/11 | B | Interest | K | T | | | | | |
| 369. WV Econ Dev 4.7% due 11/1/12 | B | Interest | K | T | | | | | |
| 370. WV ST Hsg 4.9% due 11/1/14 | B | Interest | K | T | | | | | |
| 371. WV St Water Dev 4.375% due 11/1/2007 | B | Interest | | | Sell | 11/1 | K | | |
| 372. Parkersburg WV Waterworks 3.2% due 8/1/09 | B | Interest | L | T | | | | | |
| 373. Parkersburg WV Waterworks 3.9% due 9/1/2012 | B | Interest | L | T | | | | | |
| 374. 3 Com Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Citadel Broadcasting Corp (spinoff Walt Disney) | | None | J | T | Spinoff | 6/18 | J | | |
| 376. Disney, Walt Co. | A | Dividend | J | T | | | | | |
| 377. GAP Inc | A | Dividend | J | T | | | | | |
| 378. Starbucks Corp | | None | J | T | | | | | |
| 379. Trust #5 | D | Dividend | N | T | | | | | |
| 380. Assets of Trust #5 listed as aggregate amount above: | | | | | | | | | |
| 381. Federated Money Market US Treasury Cash Reserves | | | | | Buy | 6/30 | K | | |
| 382. Advanced Micro Devices | | | | | Sell | 4/21 | J | | |
| 383. American Express | | | | | | | | | |
| 384. Amgen | | | | | | | | | |
| 385. BP PLC | | | | | | | | | |
| 386. Bank of America | | | | | Buy | 6/30 | J | | |
| 387. CVS Corp | | | | | | | | | |
| 388. Caterpillar | | | | | | | | | |
| 389. Cisco Systems | | | | | | | | | |
| 390. Conoco Phillips | | | | | | | | | |
| 391. Ensco Int'l | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. General Electric | | | | | | | | | |
| 393. Jacobs Engineering | | | | | Buy | 12/4 | J | | |
| 394. Goldman Sachs | | | | | Sell | 6/30 | K | D | |
| 395. Home Depot | | | | | Sell | 12/11 | J | | |
| 396. Kinder Morgan Energy | | | | | | | | | |
| 397. Kohls | | | | | | | | | |
| 398. Manor Care Inc | | | | | Sell | 10/01 | J | D | |
| 399. McDonalds | | | | | Buy | 9/15 | J | | |
| 400. Medtronic Inc | | | | | | | | | |
| 401. Microsoft | | | | | | | | | |
| 402. Oracle Systems | | | | | Buy | 12/11 | J | | |
| 403. Proctor & Gamble | | | | | | | | | |
| 404. Textron | | | | | | | | | |
| 405. WesMark Bond Fund #556 | | | | | | | | | |
| 406. Wrigley Jr | | | | | | | | | |
| 407. Transocean Inc | | | | | PrtSell | 6/30 | J | D | |
| 408. Trust #6 | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Assets Of Trust #6 listed as aggregate above: | | | | | | | | | |
| 410. Federated Money Market US Treasury Reserves | | | | | Buy | 6/30 | L | | |
| 411. Advanced Micro Devices | | | | | Sell | 4/21 | J | | |
| 412. American Express | | | | | | | | | |
| 413. Amgen | | | | | | | | | |
| 414. Apache | | | | | Buy | 6/30 | K | | |
| 415. BP PLC | | | | | | | | | |
| 416. Bristol Myers Squibb | | | | | | | | | |
| 417. Capital One Financial | | | | | Sell | 12/11 | K | | |
| 418. Caterpillar | | | | | | | | | |
| 419. Chicago Bridge & Iron | | | | | Buy | 12/11 | L | | |
| 420. Ciena | | | | | Buy | 12/11 | K | | |
| 421. Cisco Systems | | | | | | | | | |
| 422. Coca Cola Co | | | | | Sell | 12/24 | K | D | |
| 423. Conoco Phillips | | | | | | | | | |
| 424. Devon Energy | | | | | | | | | |
| 425. Ensco Int'l Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Emerson Int'l | | | | | Buy | 9/15 | K | | |
| 427. Federated Total Return Bond Fund | | | | | Buy | 6/30 | L | | |
| 428. General Electric | | | | | | | | | |
| 429. General Mills | | | | | | | | | |
| 430. Goldman Sachs | | | | | Sell | 6/30 | K | D | |
| 431. Home Depot | | | | | Sell | 12/11 | K | | |
| 432. IBM | | | | | Buy | 7/18 | K | | |
| 433. JP Morgan Chase & Co | | | | | | | | | |
| 434. Proctor & Gamble | | | | | | | | | |
| 435. Kinder Morgan Energy | | | | | | | | | |
| 436. Kohls | | | | | | | | | |
| 437. McDonalds | | | | | Buy | 12/11 | K | | |
| 438. Medtronic Inc | | | | | | | | | |
| 439. Precision Cast Parts | | | | | Sell | 5/29 | K | D | |
| 440. Starwood Hotels & Resorts | | | | | | | | | |
| 441. Transocean, Inc | | | | | PrtSell | 12/28 | J | D | |
| 442. Vanguard Emerging VIP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  WesMark Bond Fund #556 | | | | | | | | | |
| 444.  Wrigley Jr | | | | | | | | | |
| 445.  Wyeth | | | | | PrtSell | 8/15 | K | D | |
| 446.  Ingersol Rand | | | | | | | | | |
| 447.  Trust #7 | G | Dividend | P2 | T | | | | | |
| 448.  Assets of Trust #7 listed as aggregate amount above: | | | | | | | | | |
| 449.  Wesmark WV Muni Bd Fnd #548 | | | | | Buy | 1/31 | L | | |
| 450.  Wesmark WV Muni Bd Fnd #548 | | | | | Buy | 9/21 | K | | |
| 451.  Wesnark WV Muni Bd Fnd #548 | | | | | Buy | 10/24 | M | | |
| 452.  Wesnark WV Muni Bd Fnd #548 | | | | | Buy | 11/2 | M | | |
| 453.  Wesnark WV Muni Bd Fnd #548 | | | | | PrtSell | 4/13 | K | | |
| 454.  Wesmark WV Muni Bd Fnd#548 | | | | | PrtSell | 12/26 | M | | |
| 455.  Wesmark Small Co Growth Fd | | | | | Buy | 12/11 | K | | |
| 456.  AT&T | | | | | | | | | |
| 457.  Alcan | | | | | Sell | 5/7 | M | G | |
| 458.  Amgen | | | | | | | | | |
| 459.  Anheuser Busch | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  BP PLC | | | | | | | | | |
| 461.  Bristol-Myers Squibb Co. | | | | | | | | | |
| 462.  Conoco Phillips | | | | | | | | | |
| 463.  Capital One Financial | | | | | Sell | 12/11 | K | | |
| 464.  ChevronTexaco Corp | | | | | | | | | |
| 465.  Chicago Bridge & Iron Co | | | | | Buy | 12/11 | L | | |
| 466.  Ciena Corp | | | | | Buy | 12/11 | L | | |
| 467.  Cisco Systems | | | | | | | | | |
| 468.  Corning | | | | | | | | | |
| 469.  Costco | | | | | Buy | 7/18 | L | | |
| 470.  CVS Corp | | | | | | | | | |
| 471.  DRS Technologies Inc | | | | | | | | | |
| 472.  EMC Corp | | | | | | | | | |
| 473.  EOG Resources | | | | | | | | | |
| 474.  E-Trade Group | | | | | Sell | 12/11 | K | | |
| 475.  Fedex | | | | | Buy | 7/18 | M | | |
| 476.  Fedex | | | | | Sell | 12/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. First Data | | | | | Sell | 7/2 | K | E | |
| 478. Fiserv | | | | | | | | | |
| 479. Fortune Brands | | | | | Sell | 12/11 | K | | |
| 480. General Electric Co. | | | | | | | | | |
| 481. Goldman Sachs Group Inc | | | | | | | | | |
| 482. Harris Corp | | | | | Buy | 7/18 | L | | |
| 483. Home Depot | | | | | Sell | 12/11 | L | | |
| 484. Harbor Int'l Fund | | | | | Buy | 12/21 | M | | |
| 485. Hilton Hotels | | | | | Sell | 10/25 | M | G | |
| 486. 3M | | | | | | | | | |
| 487. IBM | | | | | Buy | 7/18 | M | | |
| 488. Jabil Circuit | | | | | Sell | 12/11 | M | | |
| 489. Kemet | | | | | | | | | |
| 490. Manor Care Inc | | | | | Sell | 10/1 | M | E | |
| 491. McDonalds | | | | | Buy | 12/11 | L | | |
| 492. Microsoft Corp | | | | | | | | | |
| 493. Omnicom Group | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  Oracle Systems | | | | | Buy | 12/11 | L | | |
| 495.  Parker-Hannifin | | | | | | | | | |
| 496.  Pepsico Inc | | | | | | | | | |
| 497.  Precision Cast Parts Corp | | | | | Sell | 5/29 | M | F | |
| 498.  Proctor & Gamble Co | | | | | | | | | |
| 499.  Southwest Airlines | | | | | Sell | 12/11 | K | | |
| 500.  Texas Instruments Inc | | | | | | | | | |
| 501.  Textron Inc | | | | | | | | | |
| 502.  United Technologies | | | | | | | | | |
| 503.  United Parcel Service CL B | | | | | | | | | |
| 504.  WesBanco, Inc. | | | | | | | | | |
| 505.  Western Union | | | | | | | | | |
| 506.  Wyeth | | | | | | | | | |
| 507.  Zimmer Holdings Inc | | | | | | | | | |
| 508.  Cooper Industries LTD | | | | | Buy | 12/11 | L | | |
| 509.  Trust #8 | F | Dividend | P1 | T | | | | | |
| 510.  Assets of Trust #8 listed as aggregate amount above: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Amgen | | | | | | | | | |
| 512. Anheuser Busch | | | | | | | | | |
| 513. Capital One Financial | | | | | Sell | 12/11 | K | | |
| 514. ChevronTexaco | | | | | | | | | |
| 515. Chicago Bridges & Iron Co | | | | | Buy | 12/11 | L | | |
| 516. Ciena Corp | | | | | Buy | 12/11 | K | | |
| 517. Cisco Systems | | | | | | | | | |
| 518. Conoco Phillips | | | | | | | | | |
| 519. Costco Wholesale Corp | | | | | Buy | 7/18 | L | | |
| 520. Corning | | | | | | | | | |
| 521. CVS Corp | | | | | | | | | |
| 522. DRS Technologies Inc | | | | | | | | | |
| 523. Exxon Mobil Corp | | | | | | | | | |
| 524. Fedex | | | | | Buy | 7/18 | L | | |
| 525. Fedex | | | | | Sell | 12/11 | L | | |
| 526. First Data | | | | | Sell | 7/2 | K | D | |
| 527. Fiserv | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Fortune Brands | | | | | Sell | 12/11 | K | | |
| 529. General Electric Co common | | | | | | | | | |
| 530. Goldman Sachs Group Inc | | | | | | | | | |
| 531. Harbor Int'l Fund | | | | | Buy | 12/21 | L | | |
| 532. Hilton Hotels | | | | | Sell | 10/25 | L | F | |
| 533. Home Depot | | | | | Sell | 12/11 | L | | |
| 534. Jabil Circuit | | | | | Sell | 12/11 | L | | |
| 535. Linear Tech. Corp. | | | | | | | | | |
| 536. Manor Care Inc | | | | | Sell | 10/1 | M | E | |
| 537. McDonalds | | | | | Buy | 12/11 | L | | |
| 538. Medtronic, Inc | | | | | Sell | 1/3 | L | | |
| 539. Microsoft, Corp | | | | | | | | | |
| 540. 3M | | | | | | | | | |
| 541. Pepsico Inc common | | | | | | | | | |
| 542. Precision Cast Parts Corp | | | | | Sell | 5/29 | L | E | |
| 543. Proctor & Gamble | | | | | | | | | |
| 544. Southwest Airlines | | | | | Sell | 12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Texas Instruments | | | | | | | | | |
| 546. Textron Inc | | | | | | | | | |
| 547. United Parcel Service | | | | | | | | | |
| 548. United Technologies Corp | | | | | | | | | |
| 549. Wesbanco | | | | | | | | | |
| 550. Wesmark WV Muni Bond Fund #548 | | | | | Buy | 1/31 | L | | |
| 551. Wesmark WV Muni Bond Fund #548 | | | | | Buy | 9/21 | J | | |
| 552. Wesmark WV Muni Bond Fund #548 | | | | | Buy | 10/24 | M | | |
| 553. Wesmark WV Muni Bond Fund #548 | | | | | PrtSell | 7/21 | L | | |
| 554. Wesmark WV Muni Bond Fund #548 | | | | | Prt Sell | 1/2 | L | | |
| 555. Wesmark WV Muni Bond Fund #548 | | | | | PrtSell | 4/13 | K | | |
| 556. WesMark Small Co Growth Fund | | | | | Buy | 11/28 | J | | |
| 557. EMC Corp | | | | | | | | | |
| 558. Wyeth | | | | | | | | | |
| 559. Trust #9 | E | Dividend | P1 | T | | | | | |
| 560. Assets of Trust #9 listed as aggregate amount above: | | | | | | | | | |
| 561. Allergan Inc | | | | | Buy | 12/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Amgen | | | | | Sell | 12/11 | K | | |
| 563. BP PLC | | | | | | | | | |
| 564. Capital One Financial | | | | | Sell | 12/11 | J | | |
| 565. Chicago Bridge & Iron Co | | | | | Buy | 12/11 | K | | |
| 566. Cisco Systems | | | | | | | | | |
| 567. Corning | | | | | | | | | |
| 568. Costco Wholesale Corp | | | | | Buy | 7/18 | K | | |
| 569. CVS Corp | | | | | | | | | |
| 570. DRS Technologies | | | | | | | | | |
| 571. Emerson Electric | | | | | Buy | 12/11 | K | | |
| 572. Ensco Int'l | | | | | | | | | |
| 573. E-Trade | | | | | Sell | 12/11 | J | | |
| 574. Fedex | | | | | Buy | 7/18 | K | | |
| 575. Fedex | | | | | Sell | 12/11 | K | | |
| 576. First Data | | | | | Sell | 7/2 | K | D | |
| 577. Fiserv | | | | | | | | | |
| 578. Goldman SachsGroup, Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Harbor Int'l Fund | | | | | Buy | 12/21 | K | | |
| 580. Hilton Hotels | | | | | Sell | 10/25 | K | E | |
| 581. Home Depot | | | | | Sell | 12/11 | K | | |
| 582. Manor Care, Inc | | | | | Sell | 10/1 | K | D | |
| 583. McDonalds | | | | | Buy | 12/11 | K | | |
| 584. Omnicom Group | | | | | | | | | |
| 585. Precision Cast Parts Corp | | | | | Sell | 5/29 | K | E | |
| 586. 3M | | | | | | | | | |
| 587. Pepsico | | | | | | | | | |
| 588. Starwood Hotels & Resorts | | | | | | | | | |
| 589. Southwest Airlines | | | | | Sell | 12/11 | J | | |
| 590. Texas Instruments | | | | | | | | | |
| 591. Textron, Inc | | | | | | | | | |
| 592. United Technologies | | | | | | | | | |
| 593. Valero Energy | | | | | Buy | 7/18 | K | | |
| 594. WesMark WV Muni #548 | | | | | Buy | 9/21 | K | | |
| 595. WesMark WV Muni #548 | | | | | Buy | 10/24 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. WesMark WV Muni #548 | | | | | Buy | 11/2 | K | | |
| 597. WesMark WV Muni #548 | | | | | PrtSell | 4/13 | J | | |
| 598. WesMark WV Muni #548 | | | | | PrtSell | 12/26 | K | | |
| 599. WesMark Small Co Growth Fund | | | | | Buy | 11/28 | J | | |
| 600. WesBanco | | | | | | | | | |
| 601. Western Union | | | | | | | | | |
| 602. EMC Corp | | | | | | | | | |
| 603. EOG Resources | | | | | | | | | |
| 604. United Parcel Service | | | | | Sell | 7/18 | K | B | |
| 605. Transocean Inc | | | | | PrtSell | 12/28 | J | B | |
| 606. Trust #10 (Security National) | F | Dividend | P1 | T | | | | | |
| 607. Assets of Trust #10 listed as aggregate above | | | | | | | | | |
| 608. AT&T | | | | | | | | | |
| 609. Affiliated Computer | | | | | | | | | |
| 610. Air Prods & Chems Inc | | | | | | | | | |
| 611. Amgen | | | | | | | | | |
| 612. Applied Materials | | | | | Sell | 12/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Bank of America | | | | | | | | | |
| 614. Biomet | | | | | Sell | 7/31 | L | E | |
| 615. Boeing | | | | | | | | | |
| 616. CVS Corp | | | | | Buy | 12/19 | K | | |
| 617. Colgate Palmolive | | | | | Buy | 12/19 | K | | |
| 618. Comcast Corp Cl A | | | | | Sell | 12/19 | L | | |
| 619. Computer Sciences | | | | | | | | | |
| 620. Conocophillips | | | | | Buy | 7/31 | M | | |
| 621. Devon Energy | | | | | | | | | |
| 622. Dominion Resources | | | | | | | | | |
| 623. Dow Chemical | | | | | | | | | |
| 624. Duke Energy Corp | | | | | Buy | 7/31 | K | | |
| 625. EMC Corp | | | | | | | | | |
| 626. Eddison Int'l | | | | | Buy | 10/16 | L | | |
| 627. Emerson Electric Co Com | | | | | Buy | 8/16 | K | | |
| 628. Exxon Mobil | | | | | | | | | |
| 629. Fedex | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Flextronics Int'l | | | | | Sell | 12/19 | K | | |
| 631. FHLM 5.25% | | | | | | | | | |
| 632. FHLM 4.05% | | | | | | | | | |
| 633. FHLB 4.50% | | | | | | | | | |
| 634. FHLB 4.125% | | | | | PrtSell | 3/27 | K | | |
| 635. FHLB 4.125% | | | | | Sell | 7/2 | K | | |
| 636. General Electric | | | | | | | | | |
| 637. Home Depot | | | | | Sell | 10/16 | L | | |
| 638. Intel | | | | | | | | | |
| 639. IndyMacs Bancorp | | | | | Sell | 10/16 | K | | |
| 640. Interactive Corp | | | | | Sell | 12/19 | J | | |
| 641. IBM | | | | | | | | | |
| 642. Johnson & Johnson | | | | | | | | | |
| 643. Kimberly Clark | | | | | | | | | |
| 644. Federated Prime Obligations | | | | | | | | | |
| 645. The Bank of NY Mellon (formerly Mellon Financial Corp) | | | | | Sell | 8/16 | L | D | |
| 646. Omnicom Gr | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. Oracle | | | | | | | | | |
| 648. Pepsico Inc | | | | | | | | | |
| 649. Proctor & Gamble | | | | | | | | | |
| 650. PNC Financial Svcs Group | | | | | | | | | |
| 651. Quest Diagnostics | | | | | Buy | 10/16 | L | | |
| 652. United Technologies | | | | | | | | | |
| 653. Verizon Communications | | | | | | | | | |
| 654. XCel Energy | | | | | Sell | 10/16 | K | | |
| 655. Trust #11 (Security Nat'l) | E | Int./Div. | O | T | | | | | |
| 656. Assets of Trust #11 listed as aggregate above | | | | | | | | | |
| 657. Federal Prime - Obligations | | | | | | | | | |
| 658. FHLB 4.5% due 10/14/08 | | | | | | | | | |
| 659. FHLB 4.625% due 8/15/12 | | | | | Buy | 10/17 | K | | |
| 660. FNMA 4.5% due 2/15/11 | | | | | Buy | 10/17 | K | | |
| 661. General Electric 3.3% due 1/15/08 | | | | | | | | | |
| 662. Tennessee Valley 4.7% due 7/15/08 | | | | | | | | | |
| 663. United Parcel Svc 4% due 7/15/13 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Boeing Cap 3.95% due 9/15/07 | | | | | Matured | 9/15 | L | | |
| 665. Caterpillar Finl Note 4.25% due 2/15/13 | | | | | | | | | |
| 666. Affiliated Computer | | | | | | | | | |
| 667. AFLAC | | | | | Buy | 10/19 | J | | |
| 668. Air Prods & Chems Inc | | | | | | | | | |
| 669. Archer Daniels Midland | | | | | Buy | 8/3 | K | | |
| 670. Amgen Inc | | | | | Buy | 1/8 | J | | |
| 671. Applied Materials | | | | | Buy | 8/3 | J | | |
| 672. Applied Materials | | | | | Sell | 12/24 | J | | |
| 673. Bank of America | | | | | Buy | 1/8 | J | | |
| 674. Best Buy | | | | | Buy | 10/19 | K | | |
| 675. BHP Billiton LTD | | | | | Buy | 1/8 | J | | |
| 676. Boeing Co | | | | | Buy | 8/8 | K | | |
| 677. BP PLC | | | | | Buy | 1/8 | J | | |
| 678. CVS | | | | | Buy | 10/19 | K | | |
| 679. Capital One Financial | | | | | Buy | 1/8 | K | | |
| 680. Capital One Financial | | | | | Sell | 10/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. ChevronTexaco Corp | | | | | | | | | |
| 682. Cisco | | | | | Buy | 1/19 | J | | |
| 683. Colgate Palmolive | | | | | Buy | 12/24 | K | | |
| 684. Comcast Corp Cl A | | | | | Sell | 12/24 | J | | |
| 685. Constellation | | | | | Buy | 1/8 | J | | |
| 686. Conocophillips | | | | | Buy | 8/3 | K | | |
| 687. Duke Energy | | | | | Buy | 8/3 | K | | |
| 688. Thermo Fisher | | | | | | | | | |
| 689. Emerson Electric | | | | | Buy | 8/3 | J | | |
| 690. General Electric Co | | | | | Buy | 1/8 | J | | |
| 691. Home Depot | | | | | Buy | 1/8 | K | | |
| 692. Home Depot | | | | | Sell | 10/19 | K | | |
| 693. IBM | | | | | | | | | |
| 694. IndyMac | | | | | Buy | 1/8 | K | | |
| 695. IndyMac | | | | | Sell | 10/19 | K | | |
| 696. The Bank of NY Mellon (formerly Mellon Financial) | | | | | Sell | 8/21 | J | B | |
| 697. Omnicom Group | | | | | Buy | 12/24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Pepsico Inc | | | | | | | | | |
| 699. Proctor & Gamble | | | | | | | | | |
| 700. Progress Energy | | | | | | | | | |
| 701. Quest Diagnostics | | | | | Buy | 10/19 | K | | |
| 702. 3M Com | | | | | | | | | |
| 703. Trinity Industries | | | | | Buy | 1/8 | J | | |
| 704. Trinity Industries | | | | | Sell | 12/24 | J | | |
| 705. WalMart Stores | | | | | Sell | 1/19 | J | | |
| 706. Weatherford Inc | | | | | Buy | 1/8 | J | | |
| 707. Zimmer Holdings | | | | | Buy | 1/8 | J | | |
| 708. Flextronics Int'l | | | | | Sell | 12/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544